

175 So. 919

## P. O. ADAMS v. DWIGHT MFG. CO.
### 7 Div. 436.

Supreme Court of Alabama.
March 18, 1937.

Rehearing Denied June 28, 1937.

Borden Burr, of Birmingham, and George Ross, of Bessemer, for appellant.

Goodhue & Lusk, of Gadsden, A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., Nicholas E. Stallworth, of Mobile, and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellee.

FOSTER, Justice.

The judgment of the circuit court is affirmed upon the authority of Beeland Wholesale Company v. Jacob L. Kaufman, Chairman, et al., ante, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., concurs in part and dissents in part.

173 So. 911

### Ex parte W. A. ALEXANDER.
#### 8 Div. 789.

Supreme Court of Alabama.
April 26, 1937.

Chas. H. Eyster, of Decatur, for petitioner.

PER CURIAM.
Petition dismissed by petitioner.

173 So. 911

## Lucius ALLEN v. Dwight A. WILEY et al.
### 2 Div. 78.

Supreme Court of Alabama.
March 16, 1937.

Keeton Arnett, of Selma, for appellant.

W. E. Brown and Pettus & Fuller, all of Selma, for appellees.

PER CURIAM.
Appeal dismissed by appellant.

175 So. 919

## ALPHA PORTLAND CEMENT CO. et al.
## v. A. A. CARMICHAEL, Atty. Gen., et al.
### 3 Div. 201.

Supreme Court of Alabama.
March 18, 1937.

Rehearing Denied June 28, 1937.

Cabaniss & Johnston, of Birmingham, for appellants.

A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellees.

FOSTER, Justice.
The decree of the circuit court is affirmed upon the authority of Beeland Whole-

694

sale Company v. Jacob L. Kaufman, Chairman, et al., ante, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., concurs in part and dissents in part.

173 So. 911
**Ray BEDSOLE et al. v. Vera Lee CAULEY et al.**
**4 Div. 907.**

Supreme Court of Alabama.
March 25, 1937.

B. W. Smith, of Samson, and M. A. Owen, of Elba, for appellants.

P. B. Traweek, of Elba, and Simmons & Simmons, of Opp, for appellees.

PER CURIAM.
Appeal dismissed for want of prosecution.

173 So. 911
**Bertie BLEVINS v. Thomas F. BLEVINS.**
**8 Div. 695.**

Supreme Court of Alabama.
Jan. 21, 1937.

Wert, Huston & Crow, of Hartselle, for appellant.

Powell & Powell, of Decatur, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

173 So. 911
**A. W. BRAZELTON v. JEFFERSON COUNTY.**
**6 Div. 16.**

Supreme Court of Alabama.
April 20, 1937.

Thos. J. Judge, of Birmingham, for appellant.

Ernest Matthews, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

174 So. 895
**Ida B. BRYANT v. O. L. HALL et al.**
**6 Div. 45.**

Supreme Court of Alabama.
April 22, 1937.

PER CURIAM.
Appeal dismissed.

174 So. 895
**Olive R. CARTER v. A. P. LONGSHORE, as Trustee, etc.**
**7 Div. 464.**

Supreme Court of Alabama.
June 8, 1937.

PER CURIAM.
Appeal dismissed by appellant.